# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 846 - 2 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Willie Perkins | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Court finds the defendant is unable to afford counsel. The Court appoints John Murphy as counsel for the defendant. By agreement of the parties, the defendant is released on a $10,000.00 own recognizance bond. Enter order setting conditions of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|