# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 846 - 2 | **DATE** | 12/17/2007 |
| **CASE TITLE** | United States of America vs. Willie Perkins | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/17/07. Defendant informed of rights. The Court appoints Federal Defender Program, John Murphy, as counsel for the defendant for initial appearance only. Enter order appointing John Murphy as counsel for defendant. Government moves for detention. Detention hearing set for 12/28/07 at 11:00 a.m. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | mm |
|---|---|---|