IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )   No.    07 CR 846 | |
| v. ) | |
| ) Hon. Virginia M. Kendall | |
| MONIQUE ELLINGTON ) | |
| WILLIE PERKINS ) | |

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court enter an Order granting the Government's request for reciprocal early return of trial subpoenas pursuant to Fed. R. Crim. Proc. 17(c).  See generally United States v. McCollom, 815 F.2d 1087, 1089 n.1  (7th Cir. 1987).  The undersigned has confirmed that counsel for each of the defendants has agreed to the Motion.  A draft order is attached.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  _/s/ Faris J. Hussein_____
FARIS J. HUSSEIN
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois  60604
(312) 353-4156