## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                      Case No.: 1:07−cr−00846
                                        Honorable Virginia M. Kendall

Monique Ellington, et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 2, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: As to Willie Perkins (2): Status hearing held. Change of Plea hearing set for 5/1/2008 at 1:30 PM. Time is excluded under 18 U.S.C. § 3161(h)(8)(B)(I) in the interest of justice through 5/1/2008. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.