## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 846-02 | **DATE** | May 1, 2008 |
| **CASE TITLE** | USA vs. Willie Perkins | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to Defendant Willie Perkins (02). Defendant withdraws plea of not guilty and enters a plea of guilty to Count II of the Indictment filed 1/10/2008. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 10/01/2008 at 1:30 p.m. Position statements regarding the presentence investigation report due 9/17/2008; responses due 9/24/2008.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | KW |
|---|---|---|